NATHAN M. WILSON, as Trustee in Bankruptcy, etc., Respondent, v. EDWARD C. BROWN and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Sears, J., delivered at Special Term (reported 107 Misc. Rep. 167), with leave to the appellants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concur.

GEORGE GUILE, Appellant, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, N. J., Respondent, Impleaded with ALICE BOGGS.— Judgment and order affirmed, with costs. All concur.

WALTER GUTZMER, by MATHILDA GUTZMER, His Guardian ad Litem, Respondent, v. MILLHAM REALTY COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that inasmuch as the relationship of master and servant did not exist between the plaintiff and the defendant, negligence cannot be predicated upon the failure to promulgate rules; that such issue having been submitted to the jury, its submission was error, requiring reversal. All concur.

CHARLOTTE KIBLER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

M. SALZMAN COMPANY, Respondent, v. THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Probate of the Last Will and Testament of CALVIN M. WILBER, Deceased, Which Is Dated August 27, 1910. BERT WILBER and Others, Appellants; HATTIE A. LEARN and Another, Respondents.— Decree affirmed, with costs. All concur.

ADELIA HOUSE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

In the Matter of the Judicial Settlement of the Accounts of CHARLES N. SPANG, as Sole Surviving Executor, etc., of PETER SPANG, Deceased, Appellant. ANNA M. JESSERER, Respondent.— Decree affirmed, with costs. All concur.